CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

I, _____guang,chen_____, ("Plaintiff") declare the following claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint and authorized its filing. Plaintiff retains the Law Offices of Bruce G. Murphy, P.C. and such co-counsel it deems appropriate to associate with to pursue such action on a contingent fee basis.

2. Plaintiff did not acquire the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| No. of Shares | Stock Symbol | Buy/Sell | Date | Price Per Share |
|---|---|---|---|---|
| 2200 | coi | buy | 6/7 | $17 |
| 1100 | coi | sell | 6/9 | $6.84 |
| 1099 | coi | sell | 6/9 | $6.43 |

Please list other transactions on a separate sheet of paper, if necessary.

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below:

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __11__ day of _____june_____, 2005.

_____          _____
Signature                                 Print Name

# AMERITRADE Apex

### Account History

Search results for [6/1/2005 to 6/12/2005]                                    Print

| | | | |
|---|---|---|---|
| Date | Description | Net Change | Net Cash Balance |
| 06/01/2005 11:26:14 | Bought 500 COI @ 23.71 | -11,865.00 | --- |

Transaction ID: 1912046643    Order Number:    1552416665
Underlying:                   Strike:
Put/Call:                     Expiration:
Session:    Regular Market Hours   Routing:
Date Entered:  06/01/2005        Time Entered:    11:25:57
Commission:   10.00             Regulatory Assessment Fees:

| | | | |
|---|---|---|---|
| Date | Description | Net Change | Net Cash Balance |
| 06/02/2005 15:59:53 | Sold 500 COI @ 23.35 | 11,664.51 | --- |

Transaction ID: 1914095996    Order Number:    1554832310
Underlying:                   Strike:
Put/Call:                     Expiration:
Session:    Regular Market Hours   Routing:
Date Entered:  06/02/2005        Time Entered:    15:59:30
Commission:   10.00             Regulatory Assessment Fees: 0.49

| | | | |
|---|---|---|---|
| Date | Description | Net Change | Net Cash Balance |
| 06/06/2005 10:11:05 | Bought 100 COI @ 22.20 | -2,230.00 | --- |

Transaction ID: 1916635944    Order Number:    1557016178
Underlying:                   Strike:
Put/Call:                     Expiration:
Session:    Regular Market Hours   Routing:
Date Entered:  06/06/2005        Time Entered:    10:11:03
Commission:   10.00             Regulatory Assessment Fees:

| | | | |
|---|---|---|---|
| Date | Description | Net Change | Net Cash Balance |
| 06/06/2005 10:12:31 | Bought 400 COI @ 22.25 | -8,910.00 | --- |

Transaction ID: 1916301150    Order Number:    1557022249
Underlying:                   Strike:
Put/Call:                     Expiration:
Session:    Regular Market Hours   Routing:
Date Entered:  06/06/2005        Time Entered:    10:12:24
Commission:   10.00             Regulatory Assessment Fees:

| | | | |
|---|---|---|---|
| Date | Description | Net Change | Net Cash Balance |
| 06/06/2005 15:53:43 | Sold 500 COI @ 21.70 | 10,839.54 | --- |

Transaction ID: 1916618677    Order Number:    1557918728
Underlying:                   Strike:
Put/Call:                     Expiration:
Session:    Regular Market Hours   Routing:
Date Entered:  06/06/2005        Time Entered:    15:53:31
Commission:   10.00             Regulatory Assessment Fees: 0.46

| | | | |
|---|---|---|---|
| Date | Description | Net Change | Net Cash Balance |
| 06/07/2005 09:59:09 | Bought 1000 COI @ 17.76 | -17,770.00 | --- |

Transaction ID: 1917488002    Order Number:    1558498741
Underlying:                   Strike:
Put/Call:                     Expiration:
Session:    Regular Market Hours   Routing:
Date Entered:  06/07/2005        Time Entered:    09:59:09
Commission:   10.00             Regulatory Assessment Fees:

| | | | |
|---|---|---|---|
| Date | Description | Net Change | Net Cash Balance |

| | | | | |
|---|---|---|---|---|
| 06/07/2005 10:34:20 | Bought 1000 COI @ 16.13 | | -16,140.00 | |
| Transaction ID: 1917534474 | | Order Number: | 1558598108 | |
| Underlying: | | Strike: | | |
| Put/Call: | | Expiration: | | |
| Session: | Regular Market Hours | Routing: | | |
| Date Entered: | 06/07/2005 | Time Entered: | 10:17:35 | |
| Commission: | 10.00 | Regulatory Assessment Fees: | | |

| Date | Description | | Net Change | Net Cash Balance |
|---|---|---|---|---|
| 06/07/2005 10:40:14 | Bought 200 COI @ 15.00 | | -3,010.00 | --- |
| Transaction ID: 1917540236 | | Order Number: | 1558694891 | |
| Underlying: | | Strike: | | |
| Put/Call: | | Expiration: | | |
| Session: | Regular Market Hours | Routing: | | |
| Date Entered: | 06/07/2005 | Time Entered: | 10:37:50 | |
| Commission: | 10.00 | Regulatory Assessment Fees: | | |

| Date | Description | | Net Change | Net Cash Balance |
|---|---|---|---|---|
| 06/09/2005 12:01:15 | Sold 1100 COI @ 6.84 | | 7,513.68 | --- |
| Transaction ID: 1920621944 | | Order Number: | 1562047088 | |
| Underlying: | | Strike: | | |
| Put/Call: | | Expiration: | | |
| Session: | Regular Market Hours | Routing: | | |
| Date Entered: | 06/09/2005 | Time Entered: | 12:01:15 | |
| Commission: | 10.00 | Regulatory Assessment Fees: | 0.32 | |

| Date | Description | | Net Change | Net Cash Balance |
|---|---|---|---|---|
| 06/09/2005 16:32:19 | Sold 1057 COI @ 6.43 | | 6,796.22 | --- |
| Transaction ID: 1920792954 | | Order Number: | 1562744270 | |
| Underlying: | | Strike: | | |
| Put/Call: | | Expiration: | | |
| Session: | Seamless session | Routing: | | |
| Date Entered: | 06/09/2005 | Time Entered: | 16:32:13 | |
| Commission: | 0.00 | Regulatory Assessment Fees: | 0.29 | |

| Date | Description | | Net Change | Net Cash Balance |
|---|---|---|---|---|
| 06/09/2005 16:32:19 | Sold 87 COI @ 6.45 | | 551.12 | --- |
| Transaction ID: 1920792955 | | Order Number: | 1562744270 | |
| Underlying: | | Strike: | | |
| Put/Call: | | Expiration: | | |
| Session: | Seamless session | Routing: | | |
| Date Entered: | 06/09/2005 | Time Entered: | 16:32:13 | |
| Commission: | 10.00 | Regulatory Assessment Fees: | 0.03 | |

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 4th day of August 2005, I caused a copy of the foregoing Certification of Named Plaintiff Pursuant to Federal Securities Laws to be delivered via overnight mail, postage pre-paid, to the following individuals:

>Michele E. Rose, Esq.
>Laurie B. Smilan, Esq.
>Latham & Watkins, LLP
>Two Freedom Square
>11955 Freedom Drive, Suite 500
>Reston, VA  20190-5651
>
>Counsel for Defendants

>_____/s/_____
>Daniel M. Creekman