## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUANG CHEN, individually and on behalf of all others similarly situated, 8218 Burholme Avenue Philadelphia, PA 19111 )<br><br>Plaintiff, )<br><br>v. )<br><br>COGENT COMMUNICATIONS GROUP, INC., 1015 31st Street, N.W. Washington, D.C. 20007 )<br><br>DAVID SCHAEFFER and THADDEUS G. WEED, 1015 31st Street, N.W. Washington, D.C. 20007 )<br><br>Defendants. ) | Civil Case No. 05cv1562 (RJL) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

1.  Pursuant to Rule 41(a)(1)(i), Fed.R.Civ.P., Plaintiff Guang Chen, hereby voluntarily dismisses this action without prejudice.

2.  Neither Plaintiff nor his counsel have sought or received anything of value from defendants or their counsel in connection with the filing of this voluntary dismissal without prejudice.

Dated: August 19, 2005            Respectfully submitted,

_____/s/_____
Keith J. Harrison (D.C. Bar No. 416755)
**KING PAGANO HARRISON**
1730 Pennsylvania Avenue, N.W., Suite 900
Washington, D.C. 20006-4703
Tel:    202-371-6800

Fax:    202-371-6770

**VIANALE & VIANALE LLP**
Kenneth J. Vianale
Julie Prag Vianale
2499 Glades Road, Suite 112
Boca Raton, FL 33431
Tel:    561-392-4750
Fax:    561-392-4775

**LAW OFFICES OF BRUCE G. MURPHY**
Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963
Tel:    772-231-4202

**Attorneys for Plaintiff**